AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 1:20-cr-00296 |
| JaRon C. Terry | ) | |
| | ) | USM No: 17099-509 |
| Date of Original Judgment: 07/13/2021 | ) | |
| Date of Previous Amended Judgment: | ) | Dominic D. Martin |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  07/13/2021  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  10/15/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable James R. Sweeney, II
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cr-00296-JRS-TAB |
| | ) | |
| JARON C. TERRY, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**Order on Motion for Sentence Reduction**

JaRon C. Terry was sentenced to 50 months' imprisonment and three years' supervised release after pleading guilty to Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. § 922(g)(1). (J. 1-3, ECF No. 41.) This matter is now before the Court on Terry's Motion for a Sentence Reduction under to 18 U.S.C. § 3582(c)(2), which was filed January 12, 2024. (ECF No. 58.) While his motion was being briefed, Terry was released from the Bureau of Prisons' custody on April 8, 2024. His Amended Motion to Reduce Sentence, (ECF No. 58), is **denied as moot.**[1]

**SO ORDERED.**

Date: 10/15/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

---

[1] Terry would not have been eligible for relief in any event. Although his criminal history points would have been reduced, his criminal history category remained the same at IV. Importantly, the criminal history category does not affect the term of supervised release. Moreover, consideration of the § 3553(a) factors supports the conclusion that a three-year term of supervised release is warranted here.

Distribution by U.S. mail to:

JaRon C. Terry
7715 Ivydale Drive
Apartment A
Indianapolis, Indiana 46250

Distribution by CM/ECF to registered counsel of record